IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MDR UNITED, LLC,<br>            **Plaintiff,**<br><br>        **v.**<br><br>BACKPORCH PARTNERS, INC.,<br>BROCK WARNER,<br>JANELLE WARNER,<br>BISONWORKS, LLC and<br>JUSTIN MORRIS,<br>            **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25-4532 |

**O R D E R**

**AND NOW**, this 5th day of June, 2026, upon consideration of Plaintiff/Counterclaim Defendant MDR United, LLC's Motion to Dismiss Counterclaim (ECF No. 22 (the "Motion")), Defendant/Counterclaim Plaintiff Backporch Partners, Inc.'s Opposition (ECF No. 30), the reply thereto (ECF No. 33), and supplemental briefing (ECF Nos. 39–42), it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** as to Counts II, IV, V, and VI of the Counterclaim. Counts II, IV, and VI are dismissed with prejudice. Count V is dismissed without prejudice.

2. The Motion is **DENIED** as to Counts I and III of the Counterclaim.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.